UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01397-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO PROCEED** ***IN FORMA PAUPERIS*** **SHOULD NOT BE DENIED**<br><br>21-DAY DEADLINE |

Plaintiff Sammy R. Quair, Sr., is a county jail inmate proceeding *pro se*. On September 20, 2021, he initiated this action and filed a motion to proceed *in forma pauperis*. (Docs. 1-2.)

28 U.S.C. § 1915 governs *in forma pauperis* proceedings. The statute provides, "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Prior to initiating this action, Plaintiff brought three actions while incarcerated that were dismissed for failure to state a claim[1]: (1) *Quair, Sr. v. Vento, et al.*, No. 1:14-cv-01616-AWI-BAM (E.D. Cal. March 21, 2017); (2) *Quair v. Board of Supervisors, et al.*, No. 1:19-cv-00902-

---

[1] The Court may take judicial notice of court records. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

DAD-SKO (E.D. Cal. July 6, 2020); and (3) *Quair v. Board of Supervisors, et al.*, No. 1:19-cv-00993-DAD-BAM (E.D. Cal. Aug. 11, 2020).

Accordingly, **within 21 days** of the date of service of this order, Plaintiff SHALL show cause in writing why his motion to proceed *in forma pauperis* should not be denied. **Failure to respond to this order will result in a recommendation that this action be dismissed for failure to obey a court order**.

IT IS SO ORDERED.

Dated:  **September 30, 2021**            /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE