UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS, et al., <br><br> Defendants. | No. 1:21-cv-01397-JLT-SKO (PC) <br><br> ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

Plaintiff Sammy R. Quair, Sr., is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 23, 2021, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee within 21 days. (Doc. 10.) The Court cautioned Plaintiff that failure to pay the filing fee within the specified time would result in dismissal of this action. (*Id.* at 2.) Although more than the allowed time has passed, Plaintiff has failed to pay the filing fee.

///

///

///

///

Accordingly, the Court ORDERS:

1. This action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee; and,
2. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **January 27, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE