UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01397-JLT-SKO (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONSOLIDATION (Doc. 14) |

　　　　Plaintiff Sammy R. Quair, Sr., is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　On November 23, 2021, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee within 21 days. (Doc. 10.) The Court cautioned Plaintiff that failure to pay the filing fee within the specified time would result in dismissal of this action. (*Id.* at 2.) Plaintiff failed to pay the filing fee. On January 27, 2022, the Court dismissed the action for failure to pay the filing fee and judgment was entered accordingly. (Doc. Nos. 12, 13.)

　　　　On February 22, 2022, Plaintiff filed a "Motion for Order of Consolidation of Sister and Sister 'Actions.'" (Doc. 14.) In his motion, Plaintiff seeks consolidation of this action with another pending civil rights action brought in this Court: Quair v. Robinson, No. 1:21-cv-01214-

DAD-EPG.[1]

Federal Rule of Civil Procedure 42(a) provides this Court with broad discretion to consolidate cases that involve common questions of law and fact. *See Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008) ("A district court generally has 'broad' discretion to consolidate actions; we review its decision on consolidation under an abuse of discretion standard"). In determining whether to consolidate actions, the court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation. *Southwest Marine, Inc., v. Triple A Mach. Shop, Inc.*, 720 F. Supp. 805, 807 (N.D. Cal. 1989). The Court will deny Plaintiff's motion. Consolidation of the two actions is inappropriate where this action has been dismissed, judgment has been entered, and the instant case is now closed.

Based on the foregoing, Plaintiff's motion to consolidate this action *with Quair v. Robinson*, No. 1:21-cv-01214-DAD-EPG (Doc. 14) is denied. This case shall remain closed.

IT IS SO ORDERED.

Dated:   **March 7, 2022**

                                                                                         /s/ Jennifer L. Thurston
                                                                                         UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on January 25, 2022, the Court denied a similar motion filed by Plaintiff to consolidate several actions filed in the United States District Court for the Eastern District of California, including this case. *See Quair v. Robinson*, 2022 WL 228469, at *2-4 (E.D. Cal. Jan. 25, 2022).